UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.

Case No. 13-MJ-00449-WEC

DECRYPTION OF A SEIZED
DATA STORAGE SYSTEM,

Defendant.

## AFFIDAVIT OF JEFFREY FELDMAN

STATE OF WISCONSIN   )
                     ) ss.
COUNTY OF MILWAUKEE  )

I, Jeffrey Feldman, being first duly sworn on oath depose and say:

1. I invoke my Fifth Amendment privilege and refuse to decrypt any items seized at 2051 South 102nd Street, Apartment E, West Allis, WI.

2. I am not invoking my Fifth Amendment right to obstruct justice. I'm doing so of my own free will on the advice of my counsel.

Dated this 30th day of May, 2013.

Respectfully Submitted,

*[signature]*
Jeffrey Feldman

Subscribed and sworn to before me
This 30th day of May, 2013.

*[signature]*
Notary Public, State of Wisconsin
My Commission ~~Expires~~ is permanent