# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

  -vs-                                Case No. 13-MJ-449

**DECRYPTION OF A SEIZED DATA STORAGE SYSTEM,**

    Defendant.

## DECISION AND ORDER

On May 21, 2013, Magistrate Judge William E. Callahan granted the United States' *ex parte* application for an order compelling Jeffrey Feldman to "assist in the execution of a federal search warrant by providing federal law enforcement agents a decrypted version of the contents of his encrypted data storage system, previously seized and authorized for search under a federal search warrant." Judge Callahan ordered Mr. Feldman to comply on or before June 4, 2013. On May 31, Feldman filed objections to Judge Callahan's order, and on June 3, Feldman filed an emergency motion to vacate or stay Judge Callahan's order and to establish a *de novo* briefing schedule on the issue of Feldman's Fifth Amendment right against self-incrimination.

Feldman's motion to stay Judge Callahan's order [ECF No. 8] is **GRANTED**. Feldman's opening brief is due on or before **July 17, 2013**. The government's response is due on or before **August 14, 2013**.

Dated at Milwaukee, Wisconsin, this 4th day of June, 2013.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**