UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                    Case No. 13-MJ-449-RTR

DECRYPTION OF A SEIZED
DATA STORAGE SYSTEM,

        Defendant.

---

## NOTICE OF APPEARANCE AND DISCLOSURE STATEMENT

Pursuant to the Eastern District of Wisconsin Local Criminal Rule 12.4, notice and disclosure is hereby given that interested party Jeffrey Feldman has retained Attorney Christopher Donovan of Pruhs & Donovan, S.C. to represent him in this case as co-counsel with Attorney Robin Shellow. Undersigned counsel asks that he be added as an attorney of record and copied on all court filings.

Respectfully submitted at Milwaukee, Wisconsin this 2nd day of July, 2013.

        /s/_____
        Chris Donovan
        Bar No. 1055112
        Counsel for Defendant
        Pruhs & Donovan, S.C.
        757 N. Broadway, 4th Floor
        Milwaukee, WI 53202
        Tel: 414-221-1950
        Fax: 414-221-1959