UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 13-MJ-449

DECRYPTION OF A SEIZED
DATA STORAGE SYSTEM,

    Defendant.

## NOTICE OF APPEARANCE

Please take notice that plaintiff, United States of America, is also represented by Assistant United States Attorneys Richard G. Frohling and Erica N. O'Neil, and Washington DC Trial Attorney James Silver, U.S. Department of Justice, Criminal Division, Computer Crime & Intellectual Property Section, phone (202) 353-2057, fax (202) 514-6113 and e-mail: James.Silver@usdoj.gov, in addition to Assistant United States Attorney Karine Moreno-Taxman in the above-named case.

Respectfully submitted this 16th day of July, 2013

                                               JAMES L. SANTELLE
                                               United States Attorney

By:

                                               s/ KARINE MORENO-TAXMAN
                                               Assistant United States Attorney
                                               Karine Moreno-Taxman Bar Number: 1006835
                                               Attorney for Plaintiff
                                               Office of the United States Attorney

Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: karine.moreno-taxman@usdoj.gov