UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

    Plaintiff,

  v.                                 Case No. 13-MJ-449-RTR

DECRYPTION OF A SEIZED
DATA STORAGE SYSTEM,

    Defendant

**NOTICE OF APPEARANCE AND DISCLOSURE STATEMENT**

       Pursuant to Eastern District of Wisconsin Local Criminal Rule 12.4, notice and disclosure is hereby given that attorney Hanni M. Fakhoury intends to file an amicus curiae brief in support of interested party Jeffrey Feldman. Undersigned counsel asks that he be added as an attorney of record for amicus Electronic Frontier Foundation and copied on all court filings. Amicus Electronic Frontier Foundation states that it does not have a parent corporation, and that no publicly held corporation owns 10% or more of the stock of amicus.

       Dated this 23rd day of July, 2013 at San Francisco, California.

                                                      Respectfully submitted,

                                                      /s/ Hanni M. Fakhoury
                                                     Hanni M. Fakhoury
                                                     CA Bar No. 252629
                                                     Counsel for Amicus Curiae
                                                     Electronic Frontier Foundation
                                                     815 Eddy Street
                                                     San Francisco, CA  94109
                                                     Tel: (415) 436-9333
                                                     Fax: (415) 436-9993
                                                     hanni@eff.org