UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                Case No. 13-MJ-449-RTR

DECRYPTION OF A SEIZED
DATA STORAGE SYSTEM,

        Defendant.

**RESPONSE IN OPPOSITION TO GOVERNMENT'S MOTION TO STAY BRIEFING SCHEDULE**

The government today filed a motion to stay the briefing schedule in this matter 90 days, speculating that because Mr. Feldman is now facing criminal charges he "may conclude that it is in his interest to decrypt the seven still-encrypted drives." The government wants to stay briefing so it can discuss "voluntary decryption with Feldman." Mr. Feldman opposes the government's motion to stay briefing and asks that the current briefing schedule remain intact, insofar as his reply brief be due not less than two weeks after any government response is filed. Mr. Feldman has asserted and continues to assert his Fifth Amendment privilege against self-incrimination and against the government's efforts to compel him to attempt to decrypt the drives the government says are encrypted. He will not voluntarily attempt to decrypt the drives. Accordingly, there is no need to stay the briefing in this matter.

1

Respectfully submitted at Milwaukee, Wisconsin this 14th day of August, 2013.

/s/_____  /s/_____
Christopher Donovan  Robin Shellow, #1006052
Bar No. 1055112  Urszula Tempska, # 1041496
Pruhs & Donovan, S.C.  The Shellow Group
757 N. Broadway, 4th Floor  324 W. Vine Street
Milwaukee, WI 53202  Milwaukee, WI 53212
Tel: 414-221-1950  Tel: 414-263-4488
donovanc34@hotmail.com  tsg@theshellowgroup.com

Attorneys for Jeffrey Feldman, Interested Party