UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    -vs-        Case No. 13-MJ-449

**DECRYPTION OF A SEIZED DATA STORAGE SYSTEM,**

    Defendant.

## DECISION AND ORDER

The Government moves this Court for a 90-day stay of the briefing schedule in the above-captioned case. The Defendant has responded to the motion. The Court has read the submissions and rules as follows. The Court finds no reason to stay the briefing schedule. The Government's motion is DENIED.

**IT IS HEREBY ORDERED THAT:**

The Plaintiff's Amended Motion to Stay the Briefing Schedule (ECF No. 23) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 16th day of August, 2013.

                      **BY THE COURT:**

                      _____
                      **HON. RUDOLPH T. RANDA**
                      **U.S. District Judge**